UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------

CURRENT BOURNE,
                              Plaintiff,

    vs                                          9:03-CV-1130

GEORGE PATAKI, Governor of the State of New
York; BRION TRAVIS, Chairman of the New York
State Division of Parole; and NEW YORK STATE
DIVISION OF PAROLE,
                              Defendant.

-------------------- --------------- ----

APPEARANCES:                            OF COUNSEL:

CURRENT BOURNE
92-A-5932
Hudson Correctional Facility
P.O. Box 576
Hudson, NY 12534-0576

HON. ELIOT SPITZER                  RISA L. VIGLUCCI, ESQ.
Attorney General of the                Asst. Attorney General
  State of New York
Attorney for Defendant
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

# O R D E R

      Plaintiff, Current Bourne, brought this civil rights action pursuant to 42 U.S.C.

§ 1983. By Report Recommendation dated February 18, 2005, the Honorable Gustave J.

DiBianco, United States Magistrate Judge, recommended that the motion to dismiss filed on

behalf of defendant Travis be granted and the complaint be dismissed in its entirety as to this

defendant; and that the claims against the New York State Division of Parole be dismissed

sua sponte and the complaint be dismissed in its entirety as against all defendants. The plaintiff has not filed objections to the Report-Recommendation.

Accordingly, it is

ORDERED that

1. The motion to dismiss of defendant Travis is GRANTED;

2. The claims against the defendant New York State Division of Parole are DISMISSED.

3. The complaint is DISMISSED in its entirety as to all defendants.

The Clerk is directed to file judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  August   25, 2005
        Utica, New York.